# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:23-CR-62 |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD JAKE WALTERS, ET AL | ) | |

## MOTION FOR LEAVE OF ABSENCE

Now comes Bradley Thomson, Assistant United States Attorney, as counsel for the United States in the above-styled proceeding, and respectfully requests a leave of absence from the Court pursuant to Local Rule 83.9 for March 13, 2024, through March 15, 2024, inclusive.

Further, should this Honorable Court schedule a hearing during the above-referenced dates, the undersigned Assistant United States Attorney respectfully requests permission to have another Assistant United States Attorney handle the matter on behalf of the United States in the absence of the undersigned Assistant United States Attorney.

WHEREFORE, the undersigned Assistant United States Attorney respectfully requests that this Honorable Court GRANT its Motion for Leave of Absence for the above-stated dates.

This 14th day of February 2024.

Respectfully submitted,

*/s/ Bradley Thompson*

Bradley Thompson
Assistant United States Attorney
GA Bar. No. 706187

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 14th day of February 2024.

*/s/ Bradley Thompson*

Bradley Thompson
Assistant United States Attorney
GA Bar. No. 706187

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA   )   CASE NO: 1:23-CR-62
                           )
v.                         )
                           )
EDWARD JAKE WALTERS, ET AL )

## ORDER

Application for leave of absence has been requested by Bradley Thompson, Assistant United States Attorney, for March 13, 2024, through March 15, 2024, inclusive, in the above-referenced case.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for a hearing or trial during such leave.

_____
J. RANDALL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA