UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR123-062 |
| | ) | |
| DONNIE SKILLMAN | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Holly G. Chapman** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Holly G. Chapman** be granted leave of absence for the following periods: October 18, 2024 through October 29, 2024.

ORDERED, this the 5th day of September, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA